# GENERAL RELEASE AND SETTLEMENT AGREEMENT

**INTRODUCTION.** ConnectIQ Labs, Inc. for itself and as the operator of the Miles app, ("ConnectIQ"), claimants Walker Lee ("Lee"), Tori Ashenfelter, and Gheorghe Vasile (collectively, "Claimants") (collectively the "Parties") enter into this General Release and Settlement Agreement (the "Agreement") on January 5, 2024 ("Agreement Date") as a full and final compromise and settlement of the Dispute described below.

**DISPUTE.** Claimants have alleged that ConnectIQ, or third parties acting on its behalf, initiated specific calls and/or text messages ("calls") to Claimants in violation of federal and/or state laws (the "Dispute"). The claims of Lee underlying this Dispute are currently pending in the matter captioned *Lee v. ConnectIQ Labs, Inc.* 5:23-cv-02316 -SSS-kk (C.D. Cal.) ("the Lawsuit"). ConnectIQ denies Claimants' allegations and denies having committed violations of federal or state law, or that ConnectIQ has any liability to Claimants or in connection with the Lawsuit.

**RELEASE.** In exchange for good and valuable consideration, the receipt of which is hereby acknowledged, except as otherwise set forth herein or as to obligations created hereby, Claimants and each of them, on their own behalf and on behalf of their present and former principals, agents, servants, partners, joint venturers, employees, contractors, predecessors, assigns, heirs, spouses, beneficiaries, executors, administrators, representatives, insurers, underwriters, accountants, and Counsel, and lawyers (collectively, the "Releasing Parties"), separately and collectively, release and discharge ConnectIQ and each of its present and former principals, agents, servants, partners, joint venturers, directors, officers, managers, employees, contractors, predecessors, successors, assigns, administrators, representatives, parents, shareholders, subsidiaries, affiliates, insurers, underwriters, accountants, and lawyers (collectively, the "Released Parties"), separately and collectively, from any and all damages, suits, claims, debts, demands, assessments, obligations, liabilities, attorneys' fees, costs,

expenses, rights of action and causes of action, of any kind or character whatsoever, whether known or unknown, suspected or unsuspected, occurring before the Agreement Date relating to or regarding the claims alleged in the Dispute (the "Released Matters"). This release includes claims relating to the Released Matters of which the Releasing Parties are presently unaware or which the Releasing Parties do not presently suspect to exist which, if known to the Releasing Parties, would materially affect the Releasing Parties' release of the Released Parties. The Released Matters also expressly exclude any claim brought to enforce this Agreement to the extent necessary.

The Parties mutually and expressly acknowledge and agree that this Agreement fully and finally releases and fully resolves the claims released by the Releasing Parties in this section above, including any claims that may not be known. Accordingly, the Releasing Parties expressly waive all of their rights under California Civil Code § 1542, which provides that:

A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS THAT THE CREDITOR OR RELEASING PARTY DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE AND THAT, IF KNOWN BY HIM OR HER, WOULD HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR OR RELEASED PARTY.

The Releasing Parties also expressly waive all rights under any other statutes, legal decisions, or common law principles of similar effect, whether under the law of California or any other jurisdiction.

The Releasing Parties are aware that they may hereafter discover claims or facts in addition to or different from those they now know or believe to be true with respect to the Dispute and the Released Matters, which are expressly released here.

**SETTLEMENT PAYMENT.** In exchange for the Release, ConnectIQ shall send payment in the total amount of ▮▮▮▮▮ ("The Settlement Payment") of which Claimants and their Counsel represent that ▮▮▮▮▮ is the settlement award to Claimants and ▮▮▮▮▮ is attorney's fees

to Claimants' Counsel.  ConnectIQ has no responsibility for the apportionment of The Settlement Payment among Claimants and their Counsel.  ConnectIQ shall make The Settlement Payment within ten business days of the Agreement Date by check, ACH, or bank wire to:

| | |
|---|---|
| Recipient: | LawHQ PC |
| Recipient Address: | 200 NE Missouri Rd #284, Lees Summit, MO 64086 |
| Bank: |  |
| Bank Routing for wire: | |
| Bank Routing for ACH: | |
| Bank Account: | |

**CONFIDENTIALITY.** The Parties agree that this Agreement and its terms are confidential and shall not be disclosed to any other person other than a Claimant's spouse, with the following exceptions: (a) a Party's or its counsel's accountants, lawyers, tax professionals, regulators, and other professionals with a need to know the information and a duty to maintain the confidentiality thereof; (b) if required for enforcement of the Agreement; or (c) as otherwise required by applicable law, including pursuant to discovery procedures and where subject to an appropriate protective order. If any Party or its counsel receives a request for disclosure under (c), that Party or its counsel shall promptly provide notice to the other Party or Parties of that request and cooperate to the extent permitted by law in avoiding disclosure of the Agreement. No Party or its counsel shall seek publicity regarding this Agreement or the outcome of this Dispute.

**TAXES.** Claimants and their Counsel shall be solely responsible for any and all taxes or tax consequences arising from or relating to The Settlement Payment without recourse to ConnectIQ.  Claimants' Counsel, LawHQ shall provide Claimants with a Form 1099-MISC for all payments LawHQ makes to Claimants. ConnectIQ shall provide LawHQ with a Form 1099-MISC for all The Payment ConnectIQ makes to LawHQ. ConnectIQ shall use box 10 of Form 1099-MISC when reporting The Payment to LawHQ. ConnectIQ may deliver the Form 1099-

MISC to LawHQ by email at support@lawhq.com. ConnectIQ shall use the following information when issuing the Form 1099-MISC to LawHQ:

| | |
|---|---|
| Name: | LawHQ PC |
| Address: | 299 S Main St #1300, Salt Lake City, UT 84111 |
| EIN: | ▮▮▮▮▮▮▮ |

**STIPULATION OF DISMISSAL.** Upon receipt of The Settlement Payment, Lee shall file a Notice or Stipulation of Dismissal of the Lawsuit with prejudice.

In the event ConnectIQ breaches the agreement, such as by failing to make The Settlement Payment, or the tender of The Settlement Payment fails to clear, Lee shall be entitled to continue the case, re-open the case, or file a new lawsuit for any and all claims underlying the Dispute.

**CHOICE OF LAW.** The laws of the State of California, without regard to its conflict or choice of law provisions, shall govern this Agreement. The Parties and Counsel agree that any dispute relating to this Agreement shall be subject to the exclusive jurisdiction and venue of the state or federal courts within San Bernadino County, California. Each Party and Counsel submits to the exclusive jurisdiction and venue of that court for any disputes relating to this Agreement.

**SUCCESSORS.** This Agreement shall be binding upon and inure to the benefit of the Parties and their respective agents, next of kin, executors, administrators, legal representatives, and successors.

**ENTIRE AGREEMENT AND SEVERABILITY.** This Agreement reflects the entire agreement by and between the Parties, and no statement, promise or inducement that is not contained herein shall be valid and binding. If any provision or portion of this Agreement is held invalid, void or unenforceable under any applicable statute or rule of law, only that provision, or portion thereof, shall be deemed omitted from this Agreement, and only to the extent to which it is held invalid, and the remainder of the Agreement shall remain in full force and effect.

**NO ADMISSION.** This Agreement reflects a compromise of disputed claims; nothing in this Agreement shall constitute or be construed as an admission of liability by any Party.

**WARRANTIES AND REPRESENTATIONS.** The Parties warrant and represent that they have the full power and authority to enter into this Agreement, that they have not transferred, alienated, or assigned, in whole or in part, any claim against the other Party, and that no consent, waiver, or approval from any non-Party is required in connection with the execution or performance of this Agreement. The Parties warrant and represent that in executing this Agreement, they do so with full knowledge of any and all rights that they may have with respect to the matters set forth and claims released herein, and that they are each entering into this Agreement of their own free will.

The Parties have each carefully read this Agreement and know and fully understand its contents and significance. The Parties acknowledge that they have had the opportunity to make whatever investigation or inquiry they deemed necessary or appropriate in connection with the subject matter of this Agreement.

The Parties acknowledge that they have each been represented by independent counsel of their choice in the negotiation and preparation of this Agreement, and that each Party enters into this Agreement freely, without coercion, based upon each Party's own judgment and not in reliance on any representations or promises not expressly contained herein.

The Parties acknowledge that this Agreement has been negotiated at arm's length among persons knowledgeable in the matters herein. Accordingly, any principle or law that would construe this Agreement against a drafting Party is of no application and is expressly waived.

Claimants and their Counsel represent and warrant that they do not have knowledge of any other persons (including natural persons, businesses, or any type of entity), including current or potential clients of Counsel who may or do intend to bring, or are contemplating bringing, claims, lawsuits, class actions, arbitrations, or any proceedings against the Released Parties relating to the Released Matters. Specifically, neither Claimant or Counsel (both in Counsel's individual

capacities and as attorneys of LawHQ PC) know of, have been approached regarding, have any client or potential client, or intend to file any claims, lawsuits, class actions, arbitrations or any proceedings against the Released Parties relating to the Released Matters or in violation of any representation, covenant, warranty, release, or waiver herein.

_____      1/9/2024 | 1:38:40 PM PST
Watson Lee     _____
    Dated

_____      1/17/2024 | 10:01:17 AM PST
Tori Ashenfelter     _____
    Dated

_____      1/9/2024 | 11:33:32 AM PST
Gheorghe Vasile     _____
    Dated

_____      01 / 05 / 2024
ConnectIQ Labs, Inc. /     _____
By ___Jigar Shah_____     Dated
Its ___CEO_____
    Title of Officer

3   217 uNvmDVgkyIfW8JaCn3bp1H19d6n2,
    ztASX1LgeZg4P2UOds8XjGkLUWt1,